**Susana LARA DE RODRIGUEZ,**
**Petitioner,**

v.

**Michael B. MUKASEY, Attorney**
**General, Respondent.**

**No. 05–70193.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 24, 2008.

William Baker, Esq., Chula Vista, CA,
for Petitioner.

District Director, Office of the District
Counsel Department of Homeland Securi-
ty, San Diego, CA, Ronald E. Lefevre,
Chief Counsel, Office of the District Coun-
sel Department of Homeland Security, San
Francisco, CA, Erika Ritt, DOJ–U.S. De-
partment of Justice, Civil Div./Office of
Immigration Lit., Washington, DC, for Re-
spondent.

Before: SILVERMAN, CALLAHAN,
and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Susana Lara de Rodriguez, a native and
citizen of Mexico, petitions for review of
the Board of Immigration Appeals' order
summarily affirming an immigration
judge's ("IJ") removal order. We have
jurisdiction pursuant to 8 U.S.C. § 1252.
We review de novo claims of citizenship.
*Solis–Espinoza v. Gonzales,* 401 F.3d 1090,
1092 (9th Cir.2005). We deny the petition
for review.

Lara de Rodriguez's Mexican birth cer-
tificate provides evidence of her foreign
birth, gives rise to a rebuttable presump-
tion of alienage, and shifts the burden of
proof to Lara de Rodriguez to establish
derivative U.S. citizenship by a preponder-
ance of the evidence. *See Scales v. INS,*
232 F.3d 1159, 1163 (9th Cir.2000); *see
also Alcarez–Garcia v. Ashcroft,* 293 F.3d
1155, 1157 (9th Cir.2002). We agree with
the IJ's assessment of the record evidence,
and conclude that Lara de Rodriguez
failed to meet her evidentiary burden.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.